UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANTONIA D. LEMON, SR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A** |
| | ) | **CIVIL CASE** |
| v. | ) | **CASE NO. 7:20-CV-13-D** |
| | ) | |
| CASSANDRA Y. LEMON, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**  This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DISMISSES as moot plaintiff's application to proceed in forma pauperis [D.E. 1], ADOPTS the conclusion in the M&R that plaintiff's complaint is frivolous, DISMISSES plaintiff's complaint [D.E. 7] as frivolous, and DENIES plaintiff's motion for an injunction against state civil proceeding [D.E. 13].


**This Judgment Filed and Entered on March 19, 2020, and Copies To:**

Anotnia D. Lemon, Sr.                    (Sent to 802 Giles Place N.E. Leland, NC
                                          28451via US Mail)


DATE:                                     PETER A. MOORE, JR., CLERK

March 19, 2020                            (By)  /s/ Nicole Sellers

                                                Deputy Clerk